IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CERTAIN UNDERWRITERS AT
LLOYDS, LONDON,

        Plaintiff,

v.

CALIFORNIA MORTGAGE AND
REALTY, INC., DAVID CHOO, et al.,

        Defendant.

CASE NO. C 11-00724 WHA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

LINDA J. CARWILE, whose business address and telephone number is Karbal, Cohen, Economou, Silk & Dunne, LLC, 150 South Wacker, Suite 1700, Chicago, IL 60606, Tel: 312-431-3700 / Fax: 312-431-3670

and who is an active member in good standing of the bar of the Supreme Court of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing PLAINTIFFS

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: March 22, 2011.

/s/ William Alsup
Judge William Alsup