1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CERTAIN UNDERWRITERS AT LLOYDS, LONDON,

Plaintiff,

v.

CALIFORNIA MORTGAGE AND REALTY, INC., DAVID CHOO, et al.,

Defendant.

CASE NO. C 11-00724 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

RODERICK T. DUNNE, whose business address and telephone number is Karbal, Cohen, Economou, Silk & Dunne, LLC, 150 South Wacker, Suite 1700, Chicago, IL 60606, Tel: 312-431-3700 / Fax: 312-431-3670

and who is an active member in good standing of the bar of the Supreme Court of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing PLAINTIFFS

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 22, 2011.



Judge William Alsup