IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CERTAIN UNDERWRITERS AT
LLOYDS LONDON,

    Plaintiff,

  v.

CALIFORNIA MORTGAGE AND
REALTY, INC., and DAVID CHOO,

    Defendants.

No. C 11-00724 WHA

**SCHEDULING ORDER**

As stated at the hearing on defense counsel's motion to withdraw as counsel, the parties shall reappear concerning this motion in two weeks, namely on **JUNE 2, 2011, AT 2:00 P.M.** As before, counsel for both sides, as well as defendant David Choo and a representative for defendant California Mortgage and Realty, Inc., must attend. As stated at the hearing, the attendance of the trustee or trustee's counsel is requested. Defendants are responsible for promptly requesting the trustee's appearance. Because of the two-week delay, the initial case management conference and the hearing on plaintiff's motion for judgment on the pleadings are both continued to **JULY 7, 2011, AT 2:00 P.M.**

    **IT IS SO ORDERED.**

Dated: May 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE