IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA MORTGAGE AND REALTY, INC., DAVID CHOO, and CRAIG RAYMOND,<br><br>    Defendants.<br>                                                          / | No. C 11-00724 WHA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN ORDER THAT THE 90-DAY SUBSTITUTION PERIOD IS NOT TRIGGERED** |

Plaintiff moves for an order that the 90-day substitution period under FRCP 25(a)(1) was not triggered by the "Notice of Death of Craig Raymond," or alternatively for a 90-day extension of time to make a motion to substitute the deceased's successor or representative. Defendants were given a deadline to respond to the motion but they did not timely respond.

"[T]he 90 day period provided by Rule 25(a)(1) will not be triggered against [a decedent's successor or representative] until the appropriate representative [] is served a suggestion of death in the manner provided by Federal Rule of Civil Procedure 4." *Barlow v. Ground*, 39 F.3d 231, 233–34 (9th Cir. 1994). As it appears that the "Notice of Death of Craig Raymond" filed by defendants on April 18 was not served on Craig Raymond's successor or representative in the manner provided by FRCP 4 — indeed, there is no proof on the docket that it was served on such

successor or representative at all — the 90-day period provided by FRCP 25(a)(1) has not been triggered.

**IT IS SO ORDERED.**

Dated:  July 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE