IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS LONDON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA MORTGAGE AND REALTY, INC., DAVID CHOO, and CRAIG RAYMOND,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 11-00724 WHA<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Plaintiff moves for leave to file a motion for reconsideration of the order denying plaintiff's motion for judgment on the pleadings. The motion does not, however, present a material difference in fact or law from that which was presented previously, the emergence of new material facts or a change of law since that time, or a manifest failure by the Court to consider material facts or dispositive legal arguments, pursuant to Civil Local Rule 7-9. Therefore, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 2, 2011.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE