| | |
|---|---|
| 1 | RICHARD GALLAGHER (SBN 208714) |
| | *Email: rgallagher@orrick.com* |
| 2 | LILY BECKER (SBN 251145) |
| | *Email: lbecker@orrick.com* |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | The Orrick Building |
| 4 | 405 Howard Street |
| | San Francisco, CA  94105-2669 |
| 5 | Telephone:  (415) 773-5700 |
| | Facsimile:   (415) 773-5759 |
| 6 | |
| 7 | Attorneys for Defendants |
| | CALIFORNIA MORTGAGE AND REALTY, INC., |
| | DAVID CHOO AND CRAIG RAYMOND |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, | ) ) ) | Case No.  CV 11-00724 WHA |
| Plaintiffs, | ) ) ) | **[PROPOSED]** ORDER EXTENDING TIME TO SEEK LEAVE TO ADD NEW PARTIES OR PLEADING AMENDMENTS |
| vs. | ) ) ) | |
| CALIFORNIA MORTGAGE AND REALTY, INC., DAVID CHOO AND CRAIG RAYMOND | ) ) ) ) | |
| Defendants. | ) ) | |

[PROPOSED] ORDER EXTENDING TIME TO SEEK
LEAVE TO ADD NEW PARTIES OR PLEADING
AMENDMENTS-
CASE NO. CV 11-00724 WHA

OHS WEST:261356064.1

|   |   |
|---|---|
| 1 | On July 18, 2011, the Court entered a Case Management Order setting various deadlines |
| 2 | in this case. The Order states that parties must seek leave to file pleading amendments by |
| 3 | September 30, 2011. The parties have participated in a mediation with a third-party neutral and |
| 4 | are making progress towards a settlement. The parties now request that the time to seek leave to |
| 5 | amend their pleadings be extended by 14 days. Upon due consideration of the pleadings, papers |
| 6 | properly submitted by the parties, and any other matters the Court deemed proper, |
| 7 | **IT IS HEREBY ORDERED** that: |
| 8 | 1. The deadline for the parties to seek leave to amend their pleadings is extended to |
| 9 | Friday, October 14, 2011. |
| 10 | THERE WILL BE NO FURTHER CONTINUANCES. |
| 11 | DATED: September 30 , 2011 |
| 12 | HONORABLE WILLIAM H. ALSUP |
| 13 | United States District Judge |

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

[PROPOSED] ORDER EXTENDING TIME TO SEEK LEAVE TO ADD NEW PARTIES OR PLEADING AMENDMENTS-
CASE NO. CV 11-00724 WHA

1

OHS WEST:261356064.1