| | |
|---|---|
| 1 | RICHARD GALLAGHER (SBN 208714) |
|   | *Email:  rgallagher@orrick.com* |
| 2 | LILY BECKER (SBN 251145) |
|   | *Email:  lbecker@orrick.com* |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 4 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 5 | Telephone:  (415) 773-5700 |
|   | Facsimile:   (415) 773-5759 |
| 6 | |
| 7 | Attorneys for Defendants |
|   | CALIFORNIA MORTGAGE AND REALTY, INC., |
|   | DAVID CHOO AND CRAIG RAYMOND |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, | ) ) ) | Case No.  CV 11-00724 WHA |
| Plaintiffs, | ) ) ) | **[PROPOSED]** ORDER EXTENDING TIME TO SEEK LEAVE TO ADD NEW PARTIES OR PLEADING AMENDMENTS |
| vs. | ) ) | |
| CALIFORNIA MORTGAGE AND REALTY, INC., DAVID CHOO AND CRAIG RAYMOND | ) ) ) ) | |
| Defendants. | ) ) | |

[PROPOSED] ORDER EXTENDING TIME TO SEEK
LEAVE TO ADD NEW PARTIES OR PLEADING
AMENDMENTS-
CASE NO. CV 11-00724 WHA

OHS WEST:261356064.1

1  On July 18, 2011, the Court entered a Case Management Order setting various deadlines
2  in this case.  The Order states that parties must seek leave to file pleading amendments by
3  September 30, 2011.  The parties have participated in a mediation with a third-party neutral and
4  are making progress towards a settlement.  The parties now request that the time to seek leave to
5  amend their pleadings be extended by 14 days.   Upon due consideration of the pleadings, papers
6  properly submitted by the parties, and any other matters the Court deemed proper,

7  **IT IS HEREBY ORDERED** that:

8  1. The deadline for the parties to seek leave to amend their pleadings is extended to
9  Friday, October 14, 2011.
10  THERE WILL BE NO FURTHER CONTINUANCES.

11  DATED:  September 30  , 2011

HONORABLE WILLIAM H. ALSUP
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge William Alsup

1

[PROPOSED] ORDER EXTENDING TIME TO SEEK LEAVE TO ADD NEW PARTIES OR PLEADING AMENDMENTS-
CASE NO. CV 11-00724 WHA

OHS WEST:261356064.1