1  DANA A. SUNTAG (California State Bar #125127)
   THE SUNTAG LAW FIRM
2  A Professional Corporation
   The Kress Building
3  20 North Sutter Street, Fourth Floor
   Stockton, California  95202
4  Telephone:  (209) 943-2004
   Facsimile:   (209) 943-0905
5  dsuntag@suntaglawfirm.com

6  BRUCE D. GOLDSTEIN (California State Bar #135970)
   County Counsel
7  TAMBRA L. CURTIS (California State Bar # 157205)
   Deputy County Counsel
8  OFFICE OF THE COUNTY COUNSEL
    OF SONOMA
9  575 Administration Drive, Room 105A
   Santa Rosa, California  95403
10 Telephone: (707) 565-2421
   Facsimile:   (707)  565-2624
11
   Attorneys for Defendants
12 COUNTY OF SONOMA and
   JERRY NEWMAN
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 ORALEE ANDERSON-FRANCOIS,          )   No. C08-00724 WHA
                                      )
18         Plaintiff,                 )   STIPULATION AND ORDER FOR
                                      )   DISMISSAL OF ENTIRE ACTION
19    v.                              )   WITH PREJUDICE
                                      )
20 COUNTY OF SONOMA, et al.,          )
                                      )
21         Defendants.                )
                                      )
22 _____  )

23
24
25
26
27
28

STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE               1
CASE NO. – C08-00724 WHA

1  Pursuant to Rules 41(a)(2) of the Federal Rules of Civil Procedure:

2  IT IS STIPULATED AND AGREED by counsel of record for Plaintiff, Defendant City of Santa Rosa, and Defendant County of Sonoma that this entire action be dismissed with prejudice, each party to bear its own costs and fees.

Dated: September 30, 2011          LAW OFFICES OF ROBERT R. POWELL

                                   By: /s/ Robert R. Powell
                                       ROBERT R. POWELL
                                       Attorneys for Plaintiff
                                       ORALEE ANDERSON-FRANCOIS

Dated: September 30, 2011          ANGELO, KILDAY & KILDUFF

                                   By: /s/ Bruce A. Kilday
                                       BRUCE A. KILDAY
                                       Attorneys for Defendants
                                       CITY OF SANTA ROSA and BRAD
                                       CONNERS

Dated: September 30, 2011          THE SUNTAG LAW FIRM

                                   By: /s/ Dana A. Suntag
                                       DANA A. SUNTAG
                                       Attorneys for Defendants
                                       COUNTY OF SONOMA and JERRY
                                       NEWMAN

## ORDER

IT IS SO ORDERED.

Dated: September 30, 2011.

_____
UNITED STATES DISTRICT JUDGE

APPROVED
Judge William Alsup

STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE                 2
CASE NO. – C08-00724 WHA