| | |
|---|---|
| 1 | DANA A. SUNTAG (California State Bar #125127) |
| | THE SUNTAG LAW FIRM |
| 2 | A Professional Corporation |
| | The Kress Building |
| 3 | 20 North Sutter Street, Fourth Floor |
| | Stockton, California  95202 |
| 4 | Telephone:   (209) 943-2004 |
| | Facsimile:    (209) 943-0905 |
| 5 | dsuntag@suntaglawfirm.com |
| 6 | |
| | BRUCE D. GOLDSTEIN (California State Bar #135970) |
| 7 | County Counsel |
| | TAMBRA L. CURTIS (California State Bar # 157205) |
| 8 | Deputy County Counsel |
| | OFFICE OF THE COUNTY COUNSEL |
| 9 |  OF SONOMA |
| | 575 Administration Drive, Room 105A |
| 10 | Santa Rosa, California  95403 |
| | Telephone:  (707) 565-2421 |
| 11 | Facsimile:    (707)  565-2624 |
| 12 | Attorneys for Defendants |
| | COUNTY OF SONOMA and |
| 13 | JERRY NEWMAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORALEE ANDERSON-FRANCOIS, | No. C08-00724 WHA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| COUNTY OF SONOMA, et al., | |
| Defendants. | |

STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE
CASE NO. – C08-00724 WHA

1

1  Pursuant to Rules 41(a)(2) of the Federal Rules of Civil Procedure:

2  IT IS STIPULATED AND AGREED by counsel of record for Plaintiff,

3  Defendant City of Santa Rosa, and Defendant County of Sonoma that this entire action

4  be dismissed with prejudice, each party to bear its own costs and fees.

5  Dated: September 30, 2011             LAW OFFICES OF ROBERT R. POWELL

By: /s/ Robert R. Powell
ROBERT R. POWELL
Attorneys for Plaintiff
ORALEE ANDERSON-FRANCOIS

Dated: September 30, 2011             ANGELO, KILDAY & KILDUFF

By: /s/ Bruce A. Kilday
BRUCE A. KILDAY
Attorneys for Defendants
CITY OF SANTA ROSA and BRAD CONNERS

Dated: September 30, 2011             THE SUNTAG LAW FIRM

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for Defendants
COUNTY OF SONOMA and JERRY NEWMAN

## ORDER

IT IS SO ORDERED.

Dated: September 30, 2011.

_____
UNITED STATES DISTRICT JUDGE

APPROVED
Judge William Alsup

STIPULATION AND ORDER
FOR DISMISSAL WITH PREJUDICE         2
CASE NO. – C08-00724 WHA